LOUIS F. MENTZ, Appellant, *v.* EFFICIENT BUILDING CORPORATION et al., Defendants, and ARVILLE M. TURNER et al., Respondents.

(Argued February 9, 1932; decided March 3, 1932.)

*Albert C. Bickford* for appellant.

*Monroe J. Cahn* and *Humphrey J. Lynch* for respondents.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.